UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE W. WHETSELL, et al, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 18 CV 04179 |
| ) | |
| -vs- ) | |
| ) | |
| DAVID M. SHADE, et al, ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANTS' MOTION TO WITHDRAW NOTICE OF REMOVAL</u>**

Defendants, BRADLEY FETTERS, PRISM HEALTHCARE PARTNERS, MUKESH GANGWAL, and DAVID SHADE, by their undersigned counsel, and pursuant to 28 U.S.C. §1441(b)(2), hereby move to withdraw their Notice of Removal in this action and respectfully request that this Court remand this action to State Court, and in support thereof state:

1. This civil action was originally commenced in the Circuit Court of Cook County, Illinois, by Complaint filed on June 1, 2018. *See* Compl. (Exhibit A to Dkt. #2)

2. This matter was removed to the United States District Court for the Northern District of Illinois, pursuant to Defendants' Notice of Removal, on June 15, 2018. (Dkt. #2)

3. Removal of this action was based on the diversity of parties pursuant to 28 U.S.C. §1332(a).

4. However, at least one of the Defendants is a citizen of Illinois.

5. Therefore, pursuant to 28 U.S.C. §1441(b)(2), this removal was not proper.

6. As such, Defendants, respectfully request that they be allowed to withdraw their Notice of Removal and that this matter be remanded to the Circuit Court of Cook County, Illinois.

1

7. Plaintiffs have no objection to this Motion.

WHEREFORE, Defendants, DAVID SHADE, MUSKESH GANGWAL, BRADLEY FETTERS, and PRISM HEALTHCARE PARTNERS LTD, request that their Notice of Removal be withdrawn and that this matter be remanded to the Circuit Court of Cook County, Illinois.

Dated: June 18, 2018

                                              By: _/s/ Shane M. Bradwell_____
                                                  Counsel for Defendants

Kevin M. O'Hagan
Shane M. Bradwell
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago Illinois 60601
T - 312.422.6100
F - 312.422.6110
kohagan@ohaganmeyer.com
sbradwell@ohaganmyer.com