

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**   312-435-5670
**Clerk**

Date 6/21/2018

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Whetsell et al v. Shade et al
USDC Case Number:  18-cv-4179
Circuit Court Case Number:  2018 L 5698

Dear Clerk:

A certified copy of an order entered on 6/20/2018 by the Honorable Elaine E. Bucklo, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                              Sincerely yours,
                                              Thomas G. Bruton, Clerk

                                              By: /s/ S. Bodnarchuk
                                                   Deputy Clerk

Enclosure(s)

Rev. 10/05/2016